which the litigation is pending for inclusion in the respective file or files;

5. Send all such notices required by this order by certified mail with a return address where communications may thereafter be directed to respondent;

6. File with the Clerk of this court and the Disciplinary Counsel of the Supreme Court an affidavit showing compliance with this order, showing proof of service of notices required herein, and setting forth the address where the affiant may receive communications; and

7. Retain and maintain a record of the various steps taken by respondent pursuant to this order.

IT IS FURTHER ORDERED that respondent shall keep the Clerk and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Section 22 of Rule V of the Supreme Court Rules for the Government of the Bar of Ohio.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

---

IN RE RESIGNATION OF JAMES.

[Cite as In re Resignation of James (1988), 35 Ohio St. 3d 606.]

(D.R. No. 88-1—Decided January 20, 1988.)

The resignation of Arthur F. James as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

---

AKRON BAR ASSOCIATION v. MARKS.

[Cite as Akron Bar Assn. v. Marks (1988), 35 Ohio St. 3d 606.]

(D.D. No. 87-11—Decided January 27, 1988.)

The complaint against Donald L. Marks in this matter is dismissed.

SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MOYER, C.J., and HOLMES, J., dissent.

HOLMES, J., dissenting. Based upon the evidence presented to the hearing panel herein, I would accept the recommendation of the Akron Bar Association, relator, and sanction the respondent, Donald L. Marks, by a public reprimand.

MOYER, C.J., concurs in the foregoing dissenting opinion.